Argued and submitted November 19, affirmed in part
and remanded December 22, 1982

ELWOOD,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION,
*Respondent.*

(No. 82-AB-186, CA A24249)

655 P2d 225

Kenneth D. Peterson, Jr., Hermiston, argued the cause
and filed the brief for petitioner.

Michael D. Reynolds, Assistant Attorney General,
Salem, argued the cause for respondent. On the brief were
Dave Frohnmayer, Attorney General, Stanton F. Long,
Deputy Attorney General, William F. Gary, Solicitor General,
and Daryl D. Wilson, Assistant Attorney General,
Salem.

Before Gillette, Presiding Judge, and Warden and
Young, Judges.

PER CURIAM.

## PER CURIAM

This is an unemployment compensation case in which petitioner, a compensation recipient, was found knowingly to have omitted to report a material fact in connection with his claim for benefits. He was ordered by the Employment Appeals Board to repay $3,174 in benefits. He seeks judicial review on the merits and as to the amount of the repayment. On the merits, the Board's order is affirmed. As to the amount of repayment, the respondent confesses error. Pursuant to that concession, the case is remanded to the Board with instructions to modify the amount of petitioner's repayment to $2,484.